# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO. 23-454-2 |
| **RONALD BYRD** | |

## O R D E R

**AND NOW**, this 26th day of April, 2024, upon consideration of Defendant's Motion to Suppress (ECF No. 66), and the Government's opposition thereto (ECF No. 74), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**